## S07A0593. ANDERSON v. SVARD.
### (644 SE2d 861)

THOMPSON, Justice.

We granted husband's application for a discretionary appeal in this divorce case to determine whether the trial court abused its discretion in awarding attorney fees to wife pursuant to OCGA § 19-6-2. We find that the trial court did abuse its discretion because there is no evidence in the record with regard to the financial circumstances of the parties. OCGA § 19-6-2 (a) (1); *Findley v. Findley*, 280 Ga. 454, 463 (629 SE2d 222) (2006); *Weaver v. Weaver*, 263 Ga. 56, 57 (428 SE2d 79) (1993).

*Judgment reversed. All the Justices concur.*

DECIDED MAY 14, 2007.

*Clark E. Gulley*, for appellant.
April Svard, *pro se*.